JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MARA VENTURES LLC,

Plaintiff,

v.

TRINITY UNIVERSAL INSURANCE COMPANY,

Defendant.

Case No. 2:26-cv-03661-SB-SSC

FINAL JUDGMENT

Pursuant to the Court's September 4, 2026 order dismissing Plaintiff's remaining claims as abandoned and the separate order granting in part Defendant's motions for default judgment, attorney's fees, and expungement of the lis pendens entered this date, it is ORDERED AND ADJUDGED that:

1. Plaintiff Mara Ventures LLC's claims are dismissed;

2. Judgment is entered in favor of Defendant Trinity Universal Insurance Company on its counterclaims for breach of contract and declaratory relief;

3. Defendant shall have and recover from Plaintiff its reasonable attorney's fees in the amount of $180,416.25;

4. The Court declares that Plaintiff has no estate, right, title, or interest in the residential property located at 200 Surfview Drive, Los Angeles, California 90272;

5. The Notice of Lis Pendens and Action Pending filed on or about February 6, 2026, by Plaintiff and its counsel against the real property located at 200 Surfview Drive, Los Angeles, California 90272, Assessor's Parcel Number 4443-022-002, is hereby expunged. Copies of the full legal description of

the property and of the February 6 notice that is being expunged may be found at Dkt. No. 74-1;

6. Defendant may file an application to recover its costs with the Clerk's Office pursuant to Rule 54 of the Federal Rules of Civil Procedure and Local Rule 54-2; and

7. Defendant's counterclaim to quiet title is dismissed without prejudice.

This is a final judgment.

Date: October 19, 2026

Stanley Blumenfeld, Jr.
United States District Judge